*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **LARRY ALLEN,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| v. | |
| **ST JUDE MEDICAL, INC.,** | **CASE NO: 2:05cv2656-B** |
| **ST. JUDE MEDICAL S.C., INC,** | |
| **ST. JUDE MEDICAL ATG, INC.,** | |
| **ROBERT PATRICK LENAHAN, JR.,** | |
| **LOUIS BONILLA, M.D.,** | |
| **STACY SANFORD and METHODIST** | |
| **HEALTHCARE MEMPHIS HOSPITALS,** | |
| **Defendants.** | |

_____

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Consent Order Of Dismissal With Prejudice entered on January 5, 2006, this cause is hereby dismissed with prejudice.


**APPROVED:**

s/ J. Daniel Breen
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| <u>**January 6, 2006**</u> | <u>**Thomas M. Gould**</u> |
| **Date** | **Clerk of Court** |
| | <u>**s/ T. Elchlepp**</u> |
| | **(By)  Deputy Clerk** |